ELSIE S. D. PATTEE, as Executrix of EMMA H. DODGE, Deceased, Appellant, *v.* HENRY S. HARPER et al., as Executors of JOSEPH W. HARPER, Deceased, et al., Respondents.

*Pattee v. Harper,* 183 App. Div. 88, affirmed.

(Submitted November 12, 1918; decided November 26, 1918.)

APPEAL from a judgment, entered June 27, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term sustaining demurrers to the answer, overruled such demurrers and directed a dismissal of the complaint. The action was brought to recover a legacy bequeathed to plaintiff's testatrix by the will of Joseph W. Harper, deceased. The answer set up the Statute of Limitations as a defense and alleged that on or about March 30, 1900, a final decree was entered in the New York County Surrogate's Court judicially settling the accounts of the executors of said Joseph W. Harper, deceased, and that no proceeding or action was brought to recover the said legacy until the present action was commenced April 16, 1917.

*Benoni B. Gattell* and *Henry A. Jones* for appellant.

*Herbert J. Bickford* for respondents.

Judgment affirmed, with costs, on opinion of DOWLING, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.